FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 1 9 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NEIL WISE and JILL WISE, Each Individually**                          **PLAINTIFFS**
**and on Behalf of All Others Similarly Situated**

vs.                              No. 2:23-cv-213-LPR

**AMBULANCE SERVICES OF FORREST CITY, LLC**                **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly Paramedic for Ambulance Services of Forrest City, LLC, within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated overtime wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
**NEIL WISE**
October 19, 2023


Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**