AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

NEIL WISE and JILL WISE, Each Individually
and on Behalf of All Others Similarly Situated

*Plaintiff(s)*

v.

Civil Action No. 2:23-cv-213-LPR

AMBULANCE SERVICES OF FORREST CITY, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AMBULANCE SERVICES OF FORREST CITY, LLC
c/o C T Corporation System
124 West Capitol Ave., Suite 1900
Little Rock, Arkansas 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
501-221-0088; sean@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TAMMY H. DOWNS**
*CLERK OF COURT*

Date: October 19, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **2:23-CV-213-LPR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ambulance Services of Forrest City, LLC**
was recieved by me on  **10/29/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **Ambulance Services of Forrest City, LLC** at **124 West Capitol Avenue suite 1900, Little Rock, AR 72201** on **10/30/2023 at 1:38 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 69.00** for services, for a total of **$ 69.00**.

I declare under penalty of perjury that this information is true.

Date:  10/30/2023

*Server's signature*

**Ginger Yates**
*Printed name and title*

**149 Melrose Circle
North Little Rock, AR 72114**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CT Corporation System, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 200-240 lbs with glasses.**




Tracking #: **0117096143**