**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| **NEIL WISE and JILL WISE, individually and on behalf of all others similarly situated** | **PLAINTIFFS** |
| **V.** **CASE NO. 2:23-cv-213-LPR** | |
| **AMBULANCE SERVICES OF FORREST CITY, LLC.** | **DEFENDANT** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Zachary B. Busey of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, enters an appearance as counsel for Defendant Ambulance Services of Forrest City, LLC.

This, the 17th day of November, 2023.

> **ZACHARY B. BUSEY**
> Arkansas Bar No. 2016223
> zbusey@bakerdonelson.com
> BAKER, DONELSON, BEARMAN
>   CALDWELL & BERKOWITZ, P.C.
> 165 Madison Avenue, Suite 2000
> Memphis, Tennessee 38103
> (901) 577-8164 – telephone
>
> *Attorneys for Defendant*

4871-3372-0465