IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| NEIL WISE and JILL WISE, individually and on behalf of all others similarly situated | PLAINTIFF |
| V.        CASE NO. 2:23-cv-213-LPR | |
| AMBULANCE SERVICES OF FORREST CITY, LLC. | DEFENDANT |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER / RESPOND**

Defendant Ambulance Services of Forrest City requires additional time to investigate the Complaint's allegations and otherwise ready its answer (or other response) to the Complaint. Defendant, therefore, asks that its deadline to answer or otherwise respond be extended from December 20, 2023, to January 3, 2023. *No additional extension will be sought.* In support of this request, Defendant respectfully submits this Unopposed Motion.

1. This is an action filed under the Fair Labor Standards Act and the Arkansas Minimum Wage Act. (Complaint, Doc. 1, ¶ 1.) Plaintiffs bring individual claims under both. Plaintiffs further seeks relief on behalf of an FLSA collective (*see, e.g.*, *id.*, ¶ 44) comprised of current and former employees.

2. Plaintiffs filed this action on October 19, 2023, and served Defendant on October 30, 2023. Following a previous extension, Defendant's current deadline to answer or otherwise respond to the Complaint is December 20, 2023. (*See* Order, Doc. 8.)

3. The Court, for good cause shown, can extend Defendant's response deadline. *See* Fed. R. Civ. P. 6(b)(1)(A); *see also Hicks v. Lindsey Mgmt., Co.*, 2019 WL 5566324, at *1 (E.D. Ark. Oct. 28, 2019) (extending response deadline "for good cause shown"). Defendant submits that good cause exists here because it needs additional time to investigate the Complaint's

allegations and otherwise ready its response.  Accordingly, for good cause shown, Defendant asks that its response deadline be extended from December 20, 2023, to January 3, 2023.  *No additional extension will be sought.*

4. Undersigned counsel spoke with opposing counsel regarding the requested extension.  Plaintiffs do not oppose this Motion.  The requested extension, moreover, will not substantially delay these proceedings, and it has not been sought for any ill-intended purpose.

For good cause shown, Defendant asks the Court to grant this Motion and extend its response deadline from December 20, 2023, to January 3, 2023.  *No additional extension will be sought*. Defendant requests any additional relief the Court deems warranted under the circumstances.

This, the 19th day of December, 2023.

**ZACHARY B. BUSEY**
Arkansas Bar No. 2016223
zbusey@bakerdonelson.com
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 577-8164 – telephone

*Attorneys for Defendant*