IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| NEIL WISE and JILL WISE, individually and on behalf of all others similarly situated | | PLAINTIFFS |
| V. | CASE NO. 2:23-cv-213-LPR | |
| AMBULANCE SERVICES OF FOREST CITY, LLC. | | DEFENDANT |

## MOTION TO DISMISS AMENDED COMPLAINT

For the reasons set forth in its Brief, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant asks the Court to dismiss this lawsuit with prejudice. Defendant further asks for any additional relief the Court deems warranted under the circumstances.

Respectfully submitted, this, the 25th day of January, 2024.

**ZACHARY B. BUSEY**
Arkansas Bar No. 2016223
zbusey@bakerdonelson.com

**DEAN J. SHAUGER**
Tennessee Bar No. 39746
*Pro Hac Vice Forthcoming*
dshauger@bakerdonelson.com

BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone

*Attorneys for Defendant*

4881-1478-5434