IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| **NEIL WISE and JILL WISE, individually and on behalf of all others similarly situated** | **PLAINTIFFS** |
| V. | **CASE NO. 2:23-cv-213-LPR** |
| **AMBULANCE SERVICES OF FORREST CITY, LLC.** | **DEFENDANT** |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO
FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant requests leave to file a reply brief, not to exceed five pages, in support of its Motion to Dismiss (Doc. 14) and to have seven days from entry of any order granting leave to do so. In support of this request, Defendant respectfully submits this Unopposed Motion.

1. This is an action filed under the Fair Labor Standards Act and the Arkansas Minimum Wage Act. (Amended Complaint, Doc. 13, ¶ 1.) Plaintiffs bring individual claims under both. Plaintiffs further seek relief on behalf of an FLSA collective comprised of current and former employees. (*See, e.g.*, *id.*, ¶ 54.)

2. Defendant filed a Motion to Dismiss in response to the Amended Complaint. (*See* Motion to Dismiss, Doc. 14.) Plaintiffs filed their Response in Opposition on January 29, 2024. (*See* Response, Doc. 16.)

3. Defendant believes that a reply brief on the Motion to Dismiss would assist the Court in deciding the Motion. Any reply will be limited to five pages; will not merely re-argue issues covered in the Motion; and will address Plaintiffs' opposition arguments.

4861-4822-4418

4. Undersigned counsel emailed with opposing counsel regarding the requested reply brief. Plaintiffs do not oppose this Motion. The requested reply brief, moreover, will not substantially delay these proceedings, and it has not been sought for any ill-intended purpose.

For good cause shown, Defendant asks the Court to grant this Motion and permit Defendant to file a reply brief, not to exceed five pages, in support of its Motion to Dismiss within seven days from entry of any order granting leave. Defendant requests any additional relief the Court deems warranted under the circumstances.

Respectfully submitted, this, the 2nd day of February, 2024.

> **ZACHARY B. BUSEY**
> Arkansas Bar No. 2016223
> zbusey@bakerdonelson.com
>
> **DEAN J. SHAUGER**
> Tennessee Bar No. 39746
> *Pro Hac Vice Forthcoming*
> dshauger@bakerdonelson.com
>
> BAKER, DONELSON, BEARMAN
>   CALDWELL & BERKOWITZ, P.C.
> 165 Madison Avenue, Suite 2000
> Memphis, Tennessee 38103
> (901) 526-2000 – telephone
>
> *Attorneys for Defendant*