IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NEIL WISE and JILL WISE, Each Individually**                      **PLAINTIFFS**
**and on Behalf of All Others Similarly Situated**

vs.                      No. 2:23-cv-213-LPR

**AMBULANCE SERVICES OF**                      **DEFENDANT**
**FORREST CITY, LLC**

## JOINT RULE 26(f) REPORT

Plaintiffs Neil Wise and Jill Wise, each individually and on behalf of all others similarly situated, and Defendant Ambulance Services of Forrest City, LLC, by and through their respective undersigned counsel, and submit the following information in compliance with Federal Rule of Civil Procedure 26(f) and Local Rule 26.1.

1. <u>Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).</u>

   The parties agree to produce and deliver paper or electronic copies of any documents specifically identified (as opposed to categories of documents), in their Initial Disclosures, and in the possession, custody of control of that party, without a formal discovery request, though the parties recognize that they may be unable to produce all such documents on the day Initial Disclosures are due. The parties agree that any documents specifically identified (as opposed to categories of documents), and in the possession, custody of control of that party, but not produced on the day Initial Disclosures are due are subject to the parties' obligation to supplement their discovery disclosures under the Federal Rules of Civil Procedure.

2. <u>Date when initial disclosures were or will be made.</u>

   On or before November 13, 2024.

3. <u>Subjects on which discovery may be needed.</u>

   ●    All of the elements of Plaintiffs' claims and Defendant's defenses to those

- claims;
- Issues related to collective action certification;
- Issues related to willfulness / intent;
- Damages;
- Whether Plaintiffs are similarly situated to any current or former employee of Defendant; and
- Whether the claims of Plaintiffs and any supposedly similarly situated individual are so dissimilar that the joinder of any supposedly similarly situated individual would constitute the misjoinder of a party.

4. <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:</u>

   (a) <u>whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;</u>

   The parties anticipate that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.

   (b) <u>the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;</u>

   Unknown at this time.

   (c) <u>the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;</u>

   Where appropriate, the parties will use their best efforts to produce data in electronic format. If the data is ordinarily maintained in paper format, the parties agree to produce the data in electronic format in consecutively paginated bates numbers. The parties agree, where appropriate, to use their best efforts to produce ESI in electronic format such as PDF, except for spreadsheets, which should be produced in native format such as XLS.

   (d) <u>whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;</u>

   The parties have been made aware of the need to maintain the relevant records taken in the ordinary course of business.

   (e) <u>other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.</u>

   None known at this time.

5. <u>Date by which discovery should be completed.</u>

   July 11, 2025.

6. <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.</u>

   The parties consent to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the primary e-mail address at which each attorney of record receives ECF filings in this case. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

7. <u>Any Orders, e.g. protective orders, which should be entered.</u>

   None at this time.

8. <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.</u>

   None at this time.

9. <u>Any objections to the proposed trial date.</u>

   None at this time.

10. <u>Proposed deadline for amending the pleadings.</u>

    June 12, 2025.

11. <u>Proposed deadline for completing discovery.</u>

    July 11, 2025.

12. <u>Proposed deadline for filing motions other than motions for class certification.</u>

    August 11, 2025, except for motions in limine, which should be filed no later than November 28, 2025.

13. <u>Conditional certification: In the case of a class action complaint, the proposed</u>

deadline for the parties to file a motion for conditional certification.

February 10, 2025.

14. Estimated number of six-hour trial days needed.

1-2 six-hour trial days unless this matter is tried as a collective action, at which time the number of hours will depend on the end number of collective members.

Respectfully submitted,

**NEIL WISE and JILL WISE, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT AMBULANCE SERVICES OF FORREST CITY, LLC**

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000

*/s/ Zachary B. Busey*
Zachary B. Busey
Ark. Bar No. 2016223
zbusey@bakerdonelson.com

Dean J. Shauger
Tennessee Bar No. 39746

*Pro Hac Vice Forthcoming*
dshauger@bakerdonelson.com