IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NEIL WISE and JILL WISE, Each Individually**     **PLAINTIFFS**
**and on Behalf of All Others Similarly Situated**

vs.        No. 2:23-cv-213-LPR

**AMBULANCE SERVICES OF**     **DEFENDANT**
**FORREST CITY, LLC**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, without a Court order, stipulate to and dismiss this action **WITH PREJUDICE**. Each party to bear its own costs and attorney fees.

       Respectfully submitted,

       **NEIL WISE and JILL WISE, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

       SANFORD LAW FIRM, PLLC
       Kirkpatrick Plaza
       10800 Financial Centre Pkwy, Suite 510
       Little Rock, Arkansas 72211
       Telephone: (800) 615-4946
       Facsimile: (888) 787-2040

       Sean Short
       Ark. Bar No. 2015079
       sean@sanfordlawfirm.com

       Josh Sanford
       Ark. Bar No. 2001037
       josh@sanfordlawfirm.com

and     **DEFENDANT AMBULANCE SERVICES OF FORREST CITY, LLC**

Page 1 of 2
Neil Wise, et al. v. Ambulance Services of Forrest City, LLC
U.S.D.C. (E.D. Ark.) No. 2:23-cv-213-LPR
Joint Stipulation of Dismissal with Prejudice

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000

*/s/ Zachary B. Busey*
Zachary B. Busey
Ark. Bar No. 2016223
zbusey@bakerdonelson.com

Dean J. Shauger
Tennessee Bar No. 39746
*Pro Hac Vice Forthcoming*
dshauger@bakerdonelson.com

Page 2 of 2
Neil Wise, et al. v. Ambulance Services of Forrest City, LLC
U.S.D.C. (E.D. Ark.) No. 2:23-cv-213-LPR
Joint Stipulation of Dismissal with Prejudice